**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00658-CV

**JAY SANDON COOPER, Appellant**

**V.**

**THE BANK OF NEW YORK MELLON TRUST CO., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-06869**

## ORDER

We **GRANT** appellant's October 28, 2013 unopposed motion for an extension of time to

file a brief.  Appellant shall file his brief on or before November 27, 2013.


/s/     ELIZABETH LANG-MIERS
        JUSTICE